# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CHRIS JENSEN                                                                    PLAINTIFF

v.                                    NO. 4:16CV00843 SWW

TDT-SHERWOOD, LLC                                                       DEFENDANT

## **ORDER OF DISMISSAL**

Pursuant to the joint stipulation of dismissal with prejudice filed by the parties,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 13th day of July 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE